IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| BRANDON M. LEWIS, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| J. MICHAEL STEWART in his Individual | ) | CAFN:5:18-CV-110-TES |
| Capacity, OFC. GREGORY MAULDIN, | ) | |
| in his Individual Capacity, OFC. BEN | ) | |
| ALLEN, in his Individual Capacity, | ) | |
| NEKEYRA RUMPH, SODEXO, INC., | ) | |
| and JOHN DOE I, | ) | |
|     Defendants. | ) | |

**PLAINTIFF'S MOTION FOR ORAL ARGUMENT AND FOR OTHER EXTRAORDINARY RELIEF**

Now comes Plaintiff, BRANDON M. LEWIS, (hereinafter "Mr. Lewis") by and through counsel undersigned and hereby files this motion requesting Oral Argument and other Extraordinary Relief showing this Court the following.

Pursuant to this Court's Order issued on November 19, 2018, Plaintiff and State Defendants have filed briefs on the issue of qualified immunity. Even assuming, *in arguendo,* that "arguable probable cause" (hereinafter "APC") is the correct legal standard, the parties here disagree about the underlying facts leading up to that determination. In other words, Defendants claim APC exists because Mr. Lewis made a bomb threat, a fact which is clearly in dispute. Unless and until this factual issue has been resolved, there can be no determination of APC. The best way to resolve this issue is to listen to Ms. Rumph's 911 call, a copy of which is already in Defendants' possession. Additionally, Defendants insist that APC exists because Mr. Lewis "corroborated the threat" during his arrest—another fact which is in dispute. Again, there can be no determination of arguable probable cause because we do not know what was actually said during their interaction

1

even though the recording from the officer's body cam (which Plaintiff's counsel previously requested through the proper channels) is readily available and would resolve this issue in a matter of minutes.  Finally, and perhaps most importantly, it has been alleged and sufficiently shown that the very reason Defendants called Mr. Stewart in the first place was because they knew there was no probable cause.  Indeed, when asked, they stated they made the arrest because Mr. Stewart instructed them to do so. See, Plaintiff's Amended and Recast Complaint at ¶¶42, 46; Affidavit of Cynthia Lewis, attached to Plaintiff's Response to Court Order, Dkt. #42 at Ex.4.

Based on the foregoing, Plaintiff asks this Court to: (1) order Defendants to produce the recording of Ms. Rumph's 911 call and recordings from the officers' body cams; (2) suspend its ruling on these motions until said items have been produced and reviewed; and (3) schedule this case for oral argument so that the parties can clarify these issues in light of the evidence.

Respectfully submitted, this 1st day of February, 2019.

                                      **THE LAW OFFICE OF**
                                      **SHALENA COOK JONES, LLC**

                                      _/s/  Shalena Cook Jones_____
                                      Shalena Cook Jones
                                      Georgia Bar No.: 526846
                                      1909 Abercorn Street
                                      Savannah, Georgia 31401
                                      Tel.: (912) 501-3434
                                      Fax: (912) 501-3504
                                      Email: sjones@joneslawofc.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| BRANDON M. LEWIS,<br>    Plaintiff,<br><br>vs.<br><br>J. MICHAEL STEWART in his Individual Capacity, OFC. GREGORY MAULDIN, in his Individual Capacity, OFC. BEN ALLEN, in his Individual Capacity, NEKEYRA RUMPH, SODEXO, INC., and JOHN DOE I,<br>    Defendants. | CAFN:5:18-CV-110-TES |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day filed and served a true and accurate copy of the foregoing pleading, **PLAINTIFF'S MOTION FOR ORAL ARGUMENT AND OTHER EXTRAORDINARY RELIEF**, upon all parties by filing same using the CM/ECF electronic system and by forwarding a copy of same via U.S. Mail, with proper postage affixed thereto and addressed as follows:

| | |
|---|---|
| Ronald Stay, Esq.<br>40 Capitol Sq, SW<br>Atlanta, Georgia 30334<br>*Counsel for Defendants Stewart, Board of Regents, Gregory Mauldin, and Ben Allen* | Alan Maxwell, Esq.<br>Weinberg, Wheeler, Hudgins, Gunn & Dial<br>3344 Peachtree Road, NE, Suite 2400<br>Atlanta, Georgia 30326<br>*Counsel for Defendants Rumph and Sodexo* |

This 1st day of February, 2019.

_/s/ Shalena C. Jones_____
**SHALENA COOK JONES**